AB949-328515-01

## 32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

## STATE OF LOUISIANA

NO. 184080                                                                                          DIVISION "D"

### NICOLE ARCENEAUX AND JERRAL ROME

versus

### TOBY A. THORTON, BLACKHAWK SPECIALTY TOOLS, LLC, AND LIBERTY MUTUAL INSURANCE COMPANY

FILED: _____          _____
                                                                          DEPUTY CLERK

### NOTICE OF REMOVAL TO FEDERAL COURT

Please take notice that Defendants, Blackhawk Specialty Tools, LLC and Liberty Mutual Fire Insurance Company, through undersigned counsel in the above entitled action bearing docket number 184080, Division "D" on the docket of the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, has filed in the United States District Court for Eastern District of Louisiana, its Notice of Removal of said action, copy of said notice being served herewith in conformity with 28 U.S.C. Section 1446 (d), which states, "Promptly after the filing of such petition for the removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the Clerk of such State Court which shall effect the removal and the State Court shall proceed no further unless and until the case is remanded."

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon all parties of record by facsimile, hand delivery, electronic mail, or placing same in the U.S. Mail, postage prepaid and properly addressed, this 16 day of November, 2018.

_____
KEVIN T. PHAYER

Respectfully submitted,
**LAW OFFICES OF ROBERT E. BIRTEL**

BY: _____
**KEVIN T. PHAYER (#18383)**
Attorney for Defendants,
Blackhawk Specialty Tools, LLC and Liberty Mutual Fire Insurance Company
3850 N. Causeway Blvd., Suite 220
Metairie, LA 70002
Tel: (504) 837-7050
Fax: (866) 547-7103