P 961-080889-01

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICOLE ARCENEAUX and JERRAL ROME | * | CIVIL ACTION NO.: |
| | * | |
| | * | JUDGE: |
| versus | * | |
| | * | SECTION: |
| TOBY A. THORTON, BLACKHAWK SPECIALTY TOOLS, LLC, and LIBERTY MUTUAL INSURANCE COMPANY | * | MAGISTRATE: |
| | * | |
| | * | DIVISION: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VERIFICATION

STATE OF LOUISIANA
PARISH OF JEFFERESON

BEFORE ME, the undersigned authority, personally came and appeared:

KEVIN T. PHAYER

3850 N. Causeway Blvd., Suite 220

Metairie, LA 70002

who, subsequent to being duly sworn did depose and state:

He is an attorney with the Law Offices of Robert E. Birtel, attorney for Blackhawk Specialty Tools, LLC and Liberty Mutual Fire Insurance Company, Defendants. He states, upon information and belief, that all of the information contained in the foregoing Notice of Removal is true and correct to the best of his personal knowledge, information and belief, and he has been authorized to make this verification by the agents of Blackhawk Specialty Tools, Inc. and Liberty Mutual Fire Insurance Company.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 16th DAY
OF NOVEMBER, 2018.

_____
NOTARY PUBLIC
JAMES J. KOKEMOR (7825)
MY COMMISSION IS FOR LIFE

_____
KEVIN T. PHAYER