P 961-080889-01

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE ARCENEAUX and JERRAL ROME | * CIVIL ACTION NO.: |
| | * |
| versus | * JUDGE: |
| | * |
| | * SECTION: |
| TOBY A. THORTON, BLACKHAWK SPECIALTY TOOLS, LLC, and LIBERTY MUTUAL INSURANCE COMPANY | * |
| | * MAGISTRATE: |
| | * |
| | * DIVISION: |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### **CERTIFICATE OF COMPLIANCE**

NOW INTO COURT, through undersigned counsel, come Blackhawk Specialty Tools, LLC and Liberty Mutual Fire Insurance Company, the removing parties, which in accordance with 28 U.S.C. §1447(b) submit the following:

1.  The parties remaining in this lawsuit are:

    a.  Nicole Arceneaux, a plaintiff;

    b.  Jerral Rome, a plaintiff;

    c.  Toby A. Thorton, a defendant;

    d.  Blackhawk Specialty Tools, LLC; and

    e.  Liberty Mutual Fire Insurance Company.

2.  The pleadings filed in State Court and attached to this Certificate of Compliance are:

    a.  The Petition For Damages And Jury Demand filed on behalf of Nicole Arceneaux and Jerral Rome;

    b.  Return of service showing service of Petition For Damages And Jury Demand on Liberty Mutual Insurance Company.

Respectfully Submitted,

**LAW OFFICES OF ROBERT E. BIRTEL**

BY: s:/ KEVIN T. PHAYER
**KEVIN T. PHAYER (#18383)**
Attorney for Defendants,
Blackhawk Specialty Tools, LLC and Liberty Mutual Fire Insurance Company
3850 N. Causeway Blvd., Suite 220
Metairie, LA 70002
Tel: (504) 837-7050
Fax: (504) 837-0249
Kevin.Phayer@LibertyMutual.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing upon counsel for all parties.

**LAW OFFICES OF ROBERT E. BIRTEL**

BY: s:/ KEVIN T. PHAYER
**KEVIN T. PHAYER (#18383)**
Attorney for Defendants,
Blackhawk Specialty Tools, LLC and Liberty Mutual Fire Insurance Company
3850 N. Causeway Blvd., Suite 220
Metairie, LA 70002
Tel: (504) 837-7050
Fax: (504) 837-0249
Kevin.Phayer@LibertyMutual.com